DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                                                                                        NO. 12-08-00090-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

§                      APPEAL FROM THE 159TH

EX
PARTE:

§                      JUDICIAL DISTRICT COURT OF

CRAIG
HOLMAN

§                      ANGELINA COUNTY, TEXAS

                                                                                                                                                          
 

MEMORANDUM
OPINION

PER
CURIAM

            Appellant has filed a motion to dismiss this appeal.  The motion is signed by Appellant and his
counsel.  No decision having been
delivered by this court, the motion is granted, and the appeal is dismissed in
accordance with Texas Rule of Appellate Procedure 42.2.

            Opinion delivered March 12, 2008.

                Panel consisted of Worthen,
C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

(DO NOT
PUBLISH)